IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| LUCAS CRANOR, | ) |
|       Plaintiff, | ) |
| v. | ) Case No. 18-00651-CV-W-HFS |
| CLASSIFIED ADVERTISING VENTURES, LLC, | ) |
| and | ) |
| TRADECO MEDIA GROUP, LLC, | ) |
|       Defendants. | ) |

ENTRY OF DEFAULT BY CLERK

Upon request of the plaintiffs and after a review of the record of the Court, it appears that defendant, Misty Oczkus, has failed to plead or otherwise defend as required by the Federal Rules of Civil Procedure. Therefore, DEFAULT of the following named defendant is ENTERED pursuant to Federal Rules of Civil Procedure 55(a):

Classified Advertising Ventures, LLC

and

Tradeco Media Group, LLC

Paige Wymore-Wynn, Clerk of Court

Dated: February 14, 2019

By: s/ Christy Anderson
      Deputy Clerk