# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| Lucas Cranor, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:18-cv-00651-HFS |
| | ) |
| Classified Advertising Ventures, LLC, and | ) |
| Tradeco Media Group, LLC, | ) |
| | ) |
| Defendants. | ) |

## **DEFAULT JUDGMENT**

This is a putative class action alleging violations of the Telephone Consumer Protection Act and implementing regulations. See 47 U.S.C. § 227 *et. seq.* Plaintiff Lucas Cranor has moved for entry of default judgment against Defendants Classified Advertising Ventures, LLC, and Tradeco Media Group, LLC, on plaintiff's individual claims only. (Doc. 13).

On October 24, 2018, this Court issued an Order to Show Cause that defendants show cause in writing, within thirty days, why this Court should not grant plaintiff's Motion for Default Judgment. (Doc. 9). To date, neither defendant has responded to the charges in the Complaint, or the Court's Order to Show Cause.

On February 14, 2019, the Clerk of Court entered an entry of default against both defendants pursuant to Federal Rule of Civil Procedure 55(a). (Doc. 10). Plaintiff has now filed a motion for default judgment and has included affidavits as to his damages and costs associated with prosecuting this action. (Doc. 13, Ex. 1, 2). It appears by competent proof that default judgment is proper.

Accordingly, it is hereby **ORDERED** that default judgment is entered against defendants and in favor of plaintiff in the amount of $18,000.00 for knowing and willful violations of the Telephone Consumer Protection Act and $766.50 in costs and fees. The class action allegations are dismissed without prejudice. It is further

ORDERED that the Clerk of Court mail a copy of this order by regular mail, and certified mail, return receipt requested, to Defendants:

Classified Advertising Ventures, LLC
c/o Paracorp, Inc.
318 North Carson Street
Suite 208
Carson City, NV 89701

And

Tradeco Media Group, LLC
c/o Paracorp, Inc.
318 North Carson Street,
Suite 208
Carson City, NV 89701

**IT IS SO ORDERED**.

                                                */s/ Howard F. Sachs*
                                                Howard F. Sachs
                                                United States District Judge

January 22, 2020
Kansas City, Missouri