UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

JUDGMENT IN A CIVIL CASE

LUCAS CRANOR,

        Plaintiff,

vs.

CLASSIFIED ADVERTISING VENTURES, LLC,
And TRADECO MEDIA GROUP, LLC.,

        Defendants.

Case No. 18-00651-CV-W-HFS

___ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ Decision by Court. This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS HEREBY ORDERED** that

Plaintiff's motion for default judgment is hereby GRANTED. It is further

**ORDERED** that

Judgment is hereby entered against defendants and in favor of plaintiff in the amount of $18,000.00 for knowing and willful violations of the Telephone Consumer Protection Act *and* $766.50 in costs and fees. It is further

**ORDERED** that

The class action allegations are dismissed without prejudice.

  January 22, 2020                Paige Wymore-Wynn
Date                                     Clerk

Entered on  January 22, 2020        /s/ Christy Anderson
                                                (By) Deputy Clerk